No. 99–539.   DECKER *v.* URRUTIA ET AL.   Sup. Ct. Tex.   Certiorari denied.

No. 99–541.   OMLIN *v.* URSETTI.   Ct. App. Ohio, Lake County. Certiorari denied.

No. 99–546.   HORTON ET AL. *v.* CITY OF HOUSTON ET AL. C. A. 5th Cir.   Certiorari denied.

No. 99–549.   ALLRED'S PRODUCE *v.* DEPARTMENT OF AGRICULTURE.   C. A. 5th Cir.   Certiorari denied.

No. 99–550.   GARCIA SANCHEZ *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 99–552.   SUN INTERNATIONAL NORTH AMERICA, INC. *v.* LOWENSCHUSS, TRUSTEE.   C. A. 3d Cir.   Certiorari denied.

No. 99–553.   CORCORAN ET AL. *v.* CROIXLAND PROPERTIES LIMITED PARTNERSHIP.   C. A. D. C. Cir.   Certiorari denied.

No. 99–555.   FENT ET UX. *v.* OKLAHOMA CAPITOL IMPROVEMENT AUTHORITY (two judgments).   Sup. Ct. Okla.   Certiorari denied.

No. 99–556.   NORFOLK SOUTHERN RAILWAY CO. *v.* BAKER, PERSONAL REPRESENTATIVE OF THE ESTATE OF BAKER, DECEASED.   Ct. App. Ga.   Certiorari denied.

No. 99–562.   CUNIGAN ET AL. *v.* SHAMAEIZADEH.   C. A. 6th Cir.   Certiorari denied.

No. 99–563.   DEERING, PERSONAL REPRESENTATIVE OF THE ESTATE OF DEERING, DECEASED *v.* REICH.   C. A. 7th Cir.   Certiorari denied.

No. 99–564.   BADO *v.* NEW JERSEY.   Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–578.   KOSTER *v.* TRANS WORLD AIRLINES, INC.   C. A. 1st Cir.   Certiorari denied.